```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22857
   VELMA J WINGARD
   CARL W WINGARD                               CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

             Debtor
   SSN XXX-XX-2687    SSN XXX-XX-8765

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 12/05/2007 and was confirmed 01/31/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 01/22/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
EMIGRANT MORTGAGE COMP    NOTICE ONLY     NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    8587.04               .00            .00
EMIGRANT SAVINGS BANK     CURRENT MORTG        .00               .00            .00
EMIGRANT SAVINGS BANK     MORTGAGE ARRE        .00               .00            .00
TRIAD FINANCIAL CORP      SECURED VEHIC   12816.00            898.83        3199.93
TRIAD FINANCIAL CORP      UNSEC W/INTER     505.52               .00            .00
CAPITAL ONE               UNSEC W/INTER    1312.93               .00            .00
HSBC                      UNSEC W/INTER  NOT FILED               .00            .00
HSBC                      UNSEC W/INTER  NOT FILED               .00            .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER   13359.55               .00            .00
RADIOLOGICAL PHYSICIANS   UNSEC W/INTER  NOT FILED               .00            .00
ERNEST DURR               NOTICE ONLY    NOT FILED               .00            .00
MELTON VEAL               NOTICE ONLY    NOT FILED               .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER     455.82               .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         9572.67               .00            .00
CITY OF CHICAGO PARKING   UNSEC W/INTER     100.00               .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,834.00                          2,044.56
TOM VAUGHN                TRUSTEE                                             516.68
DEBTOR REFUND             REFUND                                                 .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  6,660.00

PRIORITY                                              .00
SECURED                                          3,199.93
   INTEREST                                        898.83
UNSECURED                                             .00
ADMINISTRATIVE                                   2,044.56
TRUSTEE COMPENSATION                               516.68

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 22857 VELMA J WINGARD & CARL W WINGARD
```

```
DEBTOR REFUND                                                       .00
                                         ---------------    ---------------
TOTALS                                          6,660.00           6,660.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 03/05/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE